IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

TINA M. LEAGUE )
)
v. ) NO. 3-14-2174
) JUDGE CAMPBELL
GKN HOEGANAES CORP. )

ORDER

Pending before the Court is Plaintiff's Motion for Voluntary Dismissal (Docket No. 10). Plaintiff represents that there is no opposition to the Motion.

Accordingly, this action is DISMISSED without prejudice, and the Clerk is directed to close the file. Any other pending Motions are denied as moot. This Order shall constitute the final judgment in this case pursuant to Fed. R. Civ. P. 58.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE