UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| TIM LEAGUE ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> GKN HOEGANAES CORPORATION ) <br> ) <br> Defendant. ) | Case No. 3:14cv2174 <br><br> Judge Campbell |

ENTRY OF JUDGMENT

Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on March 16, 2015.

KEITH THROCKMORTON, CLERK

s/ Hannah B. Blaney